■ In the Matter of the Arbitration Between CITY OF BUFFALO, Appellant, and BUFFALO POLICE BENEVOLENT ASSOCIATION, INC., Respondent. (Appeal No. 2.) [924 NYS2d 877]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered April 20, 2010 in a proceeding pursuant to CPLR article 75. The order denied the petition for a stay of arbitration.

It is hereby ordered that the order so appealed from is

unanimously modified on the law by vacating the first ordering paragraph and dismissing the petition and as modified the order is affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.